██ In the Matter of WALDON WALKER, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants. 

Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.